UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on May 3, 2018

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | GRAND JURY ORIGINAL |
| | : | |
| ANTONIO JACKSON, | : | VIOLATION: |
| | : | 18 U.S.C. § 751(a) |
| Defendant. | : | (Escape from Custody) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about March 3, 2019, within the District of Columbia, **ANTONIO JACKSON**, did knowingly escape from the custody of the Bureau of Prisons, an institutional facility in which he was lawfully confined at the direction of the Attorney General by virtue of a judgment and commitment of the Superior Court for the District of Columbia upon conviction for the commission of Attempted Burglary, in violation of Title 22, District of Columbia Code, Sections 801 and 1803.

(**Escape from Custody**, in violation of Title 18, United States Code, Section 751(a))

A TRUE BILL:

FOREPERSON.

*Jessie K. Liu*

Attorney of the United States in
and for the District of Columbia.